UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD D.,[1]<br><br>   Plaintiff,<br><br>  v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:23-cv-08797-MEMF-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge (ECF No. 18). The time for filing objections has expired, and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that:

  (1) The Report and Recommendation of United States Magistrate Judge is accepted; and

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

(2) Judgment shall be entered reversing the final decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: March 27, 2025

MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE