JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD D.,[1] | Case No. 2:23-cv-08797-MEMF-MAA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARTIN J. O'MALLEY,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge filed herewith,

///

///

///

///

///

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1    IT IS HEREBY ADJUDGED that the decision of the Commissioner of

2  Social Security is reversed and that this matter is remanded for further

3  administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

4

5

6  DATED: March 27, 2025    _____

7    MAAME EWUSI-MENSAH FRIMPONG
      UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28