UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| Clifford Kofas Dillon, | ) | Case No.: |
| | ) | 2:23−cv−08797−MEMF−MAA |
| Plaintiff. | ) | |
| | ) | |
| | ) | **[~~PROPOSED~~] ORDER** |
| vs. | ) | **AWARDING EAJA FEES** |
| | ) | |
| | ) | |
| Frank Bisignano,[1] | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | | |

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the

Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of eight thousand

two hundred fifty dollars and 00/xx [$8,250.00], plus $402.00 costs, subject to the

terms of the Stipulation.  IT IS ORDERED that EAJA fees are awarded to Plaintiff

in the amount of eight thousand two hundred fifty dollars and 00/xx [$8,250.00],

plus $402.00 costs, subject to any federal debt owed by the Plaintiff.  If the

---

[1] Frank Bisignano is now the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Department of the Treasury determines that Plaintiff does not owe a federal debt, the

government shall cause the payment of fees be made directly to Eddy Pierre Pierre

and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff.

Any payments made shall be delivered to Plaintiff's counsel.


Dated:  June 23, 2025

_____
Honorable Maria A. Audero
~~Maame Ewusi-Mensah Frimpong~~
United States ~~District~~ Judge
Magistrate

2